**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:10-cr-530-T-33AEP | **DATE:** | 6/20/12 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SWITLYK | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Kathy Peluso, AUSA | |
| | | **DEFENSE COUNSEL**<br>Jeff Brown, Esq. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 3:47 to 4:00 | **TOTAL:** min | **PROBATION:** | |
| **MOTION HEARING** | | **COURTROOM:** | 10A |

HEARING ON DEFENDANT'S MOTION TO SHOW CAUSE WHY THE DEFENDANT SHOULD NOT BE RETURNED TO GENERAL POPULATION.

Court directs the Pinellas County psychiatrists to examine the defendant and give an opinion as to whether the defendant needs to remain on close observation; and a report to be generated within 7 days.