**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **Case No. 8:10-cr-530-T-33AEP**

**CHRISTOPHER SWITLYK,**

    **Defendant.**

_____/

**<u>ORDER</u>**

Before the Court are the Defendant's First and Second Emergency Motions to Direct the Pinellas County Jail to Appear and Show Cause Why the Defendant Should Not Be Returned to the General Population (Dkt. Nos. 196 & 209) ("Motions"). On June 20, 2012, the Court conducted a hearing on the Defendant's initial motion, and issued an oral ruling that the Pinellas County Jail Psychiatrist examine the Defendant and issue a report. However, the Court revokes that oral Order, and the Pinellas County Jail Psychiatrist is not required to examine the Defendant and issue a report. Rather, in light of the Defendant's representations in his second Motion, the Court finds it more appropriate to have a hearing during which an appropriate representative from the Pinellas County Jail may address the matters raised by the Defendant on the record. Accordingly, the Defendant's Motions (Dkt. Nos. 196 & 209) are GRANTED to the extent that:

    (1) a hearing is hereby scheduled in this matter on Friday, July 6, 2012 at 10:30 a.m. before the undersigned in Courtroom 10A; and

(2) the United States is directed to secure the attendance of a representative of the Pinellas County Jail to address the matters raised in the Defendant's Motions.

**Done and Ordered** in Tampa, Florida this 28th day of June, 2012.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Attorneys of Record
U.S. Marshal