UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:10-Cr-530-T-33AEP

CHRISTOPHER SWITLYK
_____/

## JOINT EMERGENCY MOTION TO CONTINUE SENTENCING

The Defendant, CHRISTOPHER SWITLYK, by and through the undersigned counsel, files this Motion to Continue Sentencing and alleges the following:

1. The instant case is set for sentencing on Thursday, February 21, 2013 at 3:00 p.m., before the Honorable Virginia M. Hernandez Covington, United States District Court Judge;

2. The Defendant is expected to be called as a Government witness in the case of United States v. Ronald J. Heromin, Case No. 8:11-Cr-550-T-33TBM, to begin on approximately February 19, 2013, and lasting approximately two (2) weeks;

3. The undersigned is requesting a continuance of the Defendant's sentencing until after his testimony in United States v. Ronald J. Heromin, Case No. 8:11-Cr-550-T-33TBM;

4. The undersigned has spoken with Assistant United States Attorney, Kathy Peluso, who is joining in on this Joint Emergency Motion to Continue Sentencing.

## MEMORANDUM OF LAW

Pursuant to 18 U.S.C. § 3161(h)(8) and United States vs. McKay, 30 F.3d 1418 (11th Cir. 1994), an "ends-of-justice" excludable time period may be justified by need to complete the discovery process or for a continuance if the court expressly finds that the ends of justice is served because granting the continuance outweighs the best interest of the public in a speedy trial. United States vs. Davenport, 935 F.2d 1223 (11th Cir. 1991).

**WHEREFORE**, based upon the above and foregoing reasons, the undersigned attorney respectfully requests that this Honorable Court continue the sentencing hearing that is currently scheduled on February 21, 2013.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 11th day of February, 2013.

                                                 ____*/s/ Jeffrey G. Brown*_____
                                                 JEFFREY G. BROWN, ESQUIRE
                                                 Brown & Doherty, P.A.
                                                 450 Carillon Parkway, Suite 120
                                                 St. Petersburg, FL  33716
                                                 (727) 299-0099, Fax (727) 299-0044
                                                 FBN 832431
                                                 jeff@brownanddoherty.com