UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-CR-530-T-33AEP

CHRISTOPHER SWITLYK

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 4-level reduction in the defendant's offense level, and in support thereof states as follows:

To date, the defendant has provided substantial assistance to law enforcement. The United States and counsel for the defense will explain in more detail at sentencing.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Christopher Switlyk has provided truthful and timely information to the United States as will be further described at sentencing. The United States believes that, because of his efforts so far on behalf of the United States,

Christopher Switlyk should receive a 4 level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: /s/ *Kathy J.M. Peluso*
KATHY J.M. PELUSO
Assistant United States Attorney
AUSA NO. 053
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:       kathy.peluso@usdoj.gov

U.S. v. CHRISTOPHER SWITLYK        Case No. 8:10-CR-530-T-33AEP

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jeffery Brown, Esq.


By:   */s/ Kathy J.M. Peluso*
KATHY J.M. PELUSO
Assistant United States Attorney
AUSA NO. 053
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:       kathy.peluso@usdoj.gov