UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:10-cr-530-T-33AEP | DATE: | February 21, 2013 |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SWITLYK | LANGUAGE: | |
| | GOVERNMENT COUNSEL<br>Kathy Peluso | |
| | DEFENSE COUNSEL<br>Jeff Brown | |
| COURT REPORTER:   Paul Spangler | DEPUTY CLERK: | Lisa Bingham |
| TIME: 1:40 p.m. - 3:45 p.m.   TOTAL: 1/05 | PROBATION: | Diane Tremmel |
| | COURTROOM: | 14B |

PROCEEDINGS:   CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

(X)   Defendant is adjudged guilty on Counts ONE, FIVE and SIX of the Indictment.

(X)   Imprisonment:   108 months as to Counts ONE, FIVE and SIX. All such terms to run concurrently.

(X)   The Court recommends confinement:   FCI Coleman, FL
(X) The Court recommends the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.
(X) Other: Defendant obtain vocational training in computers and culinary arts.

(X)   Supervised release: 3 years as to Counts ONE, FIVE and SIX. All such terms to run concurrently.

(X)   Fine: Waived

(X)   Special Assessment: $300.00

(X)   Special conditions of () probation (X) supervised release.

(X)   The defendant shall participate in a alcohol abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

(X)     Defendant shall participate as directed in a mental health program for mental health treatment approved by the probation officer.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

(X)     The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X)     Defendant shall refrain from engaging in any employment related to dispensing prescription drugs either in a pharmacy, pain clinic, or other medical environment.

(X)     The defendant shall cooperate in the collection of DNA.

(X)     Defendant is remanded to custody of the U.S. Marshal.

(X)     Count(s) TWO, THREE and FOUR of the indictment are dismissed on motion of the U.S. Attorney.

(X)     Defendant advised of right to appeal and to counsel on appeal.

(X)     Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant.

(X)     Government's 5K1.1 motion for downward departure (Dkt. 323) is GRANTED by the Court.  Court departs 4 levels. [SEE TABLE BELOW].

(X)     Forfeiture ordered by the Court.  See Dkt. 314.

| ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING | | |
|---|---|---|
| | | Court's Departure: |
| Total Offense Level: | 35 | 31 |
| Criminal History Category: | I | |
| Imprisonment Range: | 168 - 210 months | 108 - 135 months |
| Supervised Release Range: | 1 - 3 years | |
| Restitution: | N/A | |
| Fine Range: | $20,000 - $1,000,000 | |
| Special Assessment: | $300 | |