UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:10-cr-530-T-33AEP

CHRISTOPHER SWITLYK

_____/

### ORDER

This cause comes before the Court pursuant to Christopher Switlyk's Petition to Compel the District Court to Extinguish Forfeiture Judgment (Doc. # 403), which was filed on May 22, 2015. For the reasons that follow, the Court strikes the Petition.

### Discussion

Federal Rule of Civil Procedure 11 states that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name. . . ." Fed. R. Civ. P. 11(a). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Id.

The Petition in the instant case was not signed by Defendant's attorney, in violation of Rule 11. The Court recognizes that an unsigned submission, such as the document at bar, should be stricken after notice to the filing

1

attorney. However, in this case, counsel for the Defendant also failed to comply with Local Rule 1.05(d), M.D. Fla., which requires counsel to provide contact information to the Court, including their Florida Bar Identification Number, mailing address, telephone number, and email address. Without this information, the Court is unable to contact counsel for Defendant. Based on counsel's failure to comply with Rule 11, Fed. R. Civ. P., and the Court's Local Rules, the Court strikes the Petition.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Christopher Switlyk's Petition to Compel the District Court to Extinguish Forfeiture Judgment (Doc. # 403) is **STRICKEN**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of June, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record